**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL DOCKET NO.: 5:04CV95-V**

| | | |
|---|---|---|
| **TODD BLAKE WOODSIDE,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **IREDELL COUNTY, *et al.*,** | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on Defendants' Motion To Dismiss and Memorandum In Support, filed February 14, 2005.  (Documents #6, #7)  To date, Plaintiff has not responded.

**IT IS, THEREFORE, ORDERED** that Plaintiff has twenty (20) days to **RESPOND** to Defendants' motion to dismiss.  **FAILURE TO RESPOND MAY RESULT IN SUMMARY DISMISSAL OF PLAINTIFF'S CLAIMS.**

**Signed: June 3, 2005**

Richard L. Voorhees
United States District Judge