**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL DOCKET NO.: 5:04CV95-V**

| | | |
|---|---|---|
| **TODD BLAKE WOODSIDE,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **IREDELL COUNTY, *et al.*,** | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on Defendants' Motion For Summary Judgment, Memorandum In Support, and Appendix of Exhibits, filed April 16, 2007. (Documents ##24 - 26)  To date, Plaintiff has not responded.

**IT IS, THEREFORE, ORDERED** that **on or before Friday, August 10, 2007**, Plaintiff Woodside shall **RESPOND** to Defendants' Motion For Summary Judgment and / or **SHOW CAUSE** why this civil case should not be dismissed in its entirety for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on Plaintiff's Counsel, as well as on Plaintiff individually, via certified mail, return receipt requested.

**PLAINTIFF TODD BLAKE WOODSIDE TAKE NOTE:**

**FAILURE TO RESPOND ON OR BEFORE AUGUST 10, 2007 WILL RESULT IN SUMMARY DISMISSAL OF YOUR LAWSUIT AND ALL CLAIMS AGAINST DEFENDANTS.**

Signed: July 24, 2007

Richard L. Voorhees
United States District Judge