# United States District Court
## For The Western District of North Carolina
## Statesville Division

TODD BLAKE WOODSIDE,

    Plaintiff(s),

vs.

SHERIFF PHILLIP REDMOND, ET AL.

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:04CV95-V

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2007 Order.

Signed: December 20, 2007

Frank G. Johns, Clerk
United States District Court